In the Matter of the Application of VIOLA W. MYER for a Writ of Mandamus, Respondent, *v.* ROBERT B. ADAM et al., as Grade Crossing Commissioners of the City of Buffalo, Appellants.

*Matter of Myer* v. *Adam*, 63 App. Div. 540, affirmed.
(Submitted January 8, 1902; decided January 28, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 14, 1901, which affirmed an order of Special Term directing the issuance of a peremptory writ of mandamus commanding the appellants herein to hear and consider the testimony of certain witnesses on the question as to whether damages were sustained by the relator by reason of the change of grade of Washington street in the city of Buffalo, and thereafter to determine whether they should not apply for the appointment of commissioners to assess such damages.

*Spencer Clinton* for appellants.

*Adolph Rebadow* for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, CULLEN and WERNER, JJ.